John C. Breslo, Esq.  State Bar No. 014972
        Email: jbreslo@breslolaw.com
The Breslo Law Firm
8426 East Shea Boulevard
Scottsdale, Arizona 85260
(480) 664-6635 (tel.)

Russell G. Petti, SBN 137160
The Law Offices of Russell G. Petti
466 Foothill Blvd., # 389
La Canada, California 91011
818 952-2168 Telephone
818 952-2186 Facsimile
Email:  Rpetti@petti-legal.com

Attorneys for Plaintiff Nannette Fawn Anderson

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Nannette Fawn Anderson,<br><br>　　　　　　　　Plaintiff,<br><br>　vs.<br><br>Life Insurance Company of North America,<br><br>　　　　　　　　Defendant. | No. 2:15-cv-00428-GMS<br><br>**JOINT REPORT ON SETTLEMENT** |

　　　　Pursuant to this Court's Order of May 26, 2015, Plaintiff Nannette Fawn Anderson and Defendant Life Insurance Company of North America ("LINA") submit the enclosed Joint Report on Settlement:

　　　　The parties have attempted to resolve this case.  To that end, on August 17, 2015 a full day mediation was held in St. Louis, Missouri.  St. Louis was chosen as the situs of the mediation as an accommodation to Ms. Anderson, who resides there.  The mediation was conducted by Mariam Zadeh, a private mediator.  The mediation was attended in person by the plaintiff and her counsel as well a representative of LINA and its counsel.

1  Unfortunately the parties were unable to resolve this case.  The parties do not believe that involvement of the Court would assist in resolving this case and, unfortunately, believe that settlement opportunities have been exhausted

RESPECTFULLY SUBMITTED this 29th day of September 2015.

| THE BRESLO LAW FIRM | LEWIS ROCA ROTHGERBER, LLP |
| --- | --- |
| THE LAW OFFICES OF RUSSELL G. PETTI | |
| | |
| By */s/ Russell G. Petti* | By */s/ Kristina N. Holmstrom* |
| Russell G. Petti | Kristina N. Holmstrom |
| Attorneys for Plaintiff | Attorneys for Defendant Life Insurance Company of North America |

## CERTIFICATE OF SERVICE

☒  I hereby certify that on  9/30/2015  , I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants: John C. Breslo; Kristina N. Holmstrom

☐  I hereby certify that on _____, I served the attached document by _____
(insert service method: mail, courier service, in-person delivery, e-mail)
on the following, who are not registered participants of the CM/ECF System:

　　　　　　　　　　　　　　　　　　s/  Russell G. Petti