# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Nannette Fawn Anderson,<br><br>    Plaintiff,<br><br>v.<br><br>Life Insurance Company of North America,<br><br>    Defendant. | NO. CV-15-00428-PHX-GMS<br><br>**JUDGMENT IN A CIVIL CASE** |

**Decision by Court.**  This action came for consideration before the Court.  The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that pursuant to the Court's Order filed February 29, 2016, judgment is entered in favor of defendant and against plaintiff. Plaintiff to take nothing, and the complaint and action are dismissed.

                Brian D. Karth
                District Court Executive/Clerk of Court

February 29, 2016

              s/ Gabino Arias
            By Deputy Clerk