John C. Breslo, Esq.  State Bar No. 014972
      Email: jbreslo@breslolaw.com
The Breslo Law Firm
8426 East Shea Boulevard
Scottsdale, Arizona 85260
(480) 664-6635 (tel.)

Russell G. Petti, SBN 137160
The Law Offices of Russell G. Petti
466 Foothill Blvd., # 389
La Canada, California 91011
818 952-2168 Telephone
818 952-2186 Facsimile
Email:  Rpetti@petti-legal.com

Attorneys for Plaintiff
Nannette Fawn Anderson

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| NANNETTE FAWN ANDERSON, | CASE NO: CV-15-00428-PHX-GMS |
|---|---|
| Plaintiff, | PLAINTIFF NANNETTE FAWN ANDERSON'S NOTICE OF APPEAL |
| VS. | |
| LIFE INSURANCE COMPANY OF NORTH AMERICA, | |
| Defendant. | |

  Plaintiff Nannette Fawn Anderson appeals to the United States Court of Appeals for the Ninth Circuit from the final Judgment of the District Court entered in the above-captioned case on February 29, 2016, as well as all interlocutory orders that gave rise to that Judgment.

///

///

///

///

1

**NOTICE OF APPEAL; Case No. CV-15-00428-PHX-GMS**

There are no related cases pending in the Court of Appeals, District Court or any other Courts in the United States.

A copy of Plaintiff's Representation Statement is attached hereto as Exhibit A.

DATED: March 28, 2016

The Breslo Law Firm
The Law Offices of Russell G. Petti

BY   *S/Russell G. Petti*
       RUSSELL G. PETTI
       ATTORNEY FOR PLAINTIFF
       NANNETTE FAWN ANDERSON

2

**NOTICE OF APPEAL; Case No. CV-15-00428-PHX-GMS**

**EXHIBIT A**

John C. Breslo, Esq.  State Bar No. 014972
Email: jbreslo@breslolaw.com
The Breslo Law Firm
8426 East Shea Boulevard
Scottsdale, Arizona 85260
(480) 664-6635 (tel.)

Russell G. Petti, SBN 137160
The Law Offices of Russell G. Petti
466 Foothill Blvd., # 389
La Canada, California 91011
818 952-2168 Telephone
818 952-2186 Facsimile
Email:  Rpetti@petti-legal.com

Attorneys for Plaintiff
Nannette Fawn Anderson

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| NANNETTE FAWN ANDERSON,<br><br>           Plaintiff,<br><br>      VS.<br><br>LIFE INSURANCE COMPANY OF NORTH AMERICA,<br><br>           Defendant. | CASE NO: CV-15-00428-PHX-GMS<br><br>PLAINTIFF NANNETTE FAWN ANDERSON'S REPRESENTATION STATEMENT |

Pursuant to Federal Rule of Appellate Procedure 12(b) and Circuit Rule 3-2(b), the undersigned represents that Russell G. Petti is counsel for Plaintiff Nannette Fawn Anderson.

Attached is a service list that shows all of the parties to this action, and identifies their counsel by name, firm, address, e-mail, and telephone number.

DATED: March 28, 2016          The Breslo Law Firm
                               The Law Offices of Russell G. Petti


                        BY ___S/*Russell G. Petti*___
                               RUSSELL G. PETTI
                               ATTORNEY FOR PLAINTIFF
                               NANNETTE FAWN ANDERSON

1

REPRESENTATION STATEMENT; Case No. CV-15-00428-PHX-GMS

<mark>
<mark>
</mark>
<mark>
</mark>
<mark>
</mark>

# REPRESENTATION STATEMENT
*Nannette Fawn Anderson v. Life Insurance Company of North America*,
CV-15-00428-PHX-GMS

Counsel for Plaintiff Nannette Anderson:

Russell G. Petti
The Law Offices of Russell G. Petti
466 Foothill Blvd., # 389
La Canada, California 91011
818 952-2168 Telephone
818 952-2186 Facsimile
Email:  Rpetti@petti-legal.com

John C. Breslo
The Breslo Law Firm
8426 East Shea Boulevard
Scottsdale, Arizona 85260
(480) 664-6635 (tel.)
Email: jbreslo@breslolaw.com


Counsel for Defendant Life Insurance Company of North America:

Kristina Novotny Holmstrom
Lewis Roca Rothgerber Christie LLP - Phoenix Office
201 E Washington St., Ste. 1200
Phoenix, AZ 85004
602-262-5762
Fax: 602-734-3875
Email: Kholmstrom@lrrc.com

## Certificate of Service

I hereby certify that on March 28, 2016, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

>John C. Breslo
>The Breslo Law Firm
>8426 East Shea Boulevard
>Scottsdale, Arizona 85260
>(480) 664-6635 (tel.)
>Email: jbreslo@breslolaw.com
>
>Kristina Novotny Holmstrom
>Lewis Roca Rothgerber Christie LLP - Phoenix Office
>201 E Washington St., Ste. 1200
>Phoenix, AZ 85004
>602-262-5762
>Fax: 602-734-3875
>Email: Kholmstrom@lrrc.com