UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

OCT 10 2017

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| NANNETTE FAWN ANDERSON,<br><br>　　　　Plaintiff - Appellant,<br><br>　v.<br><br>LIFE INSURANCE COMPANY OF NORTH AMERICA,<br><br>　　　　Defendant - Appellee. | No. 16-15522<br><br>D.C. No. 2:15-cv-00428-GMS<br>U.S. District Court for Arizona, Phoenix<br><br>**MANDATE** |

　　　The judgment of this Court, entered September 18, 2017, takes effect this date.

　　　This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

　　　　　　　　　　　　　　　　　　FOR THE COURT:

　　　　　　　　　　　　　　　　　　MOLLY C. DWYER
　　　　　　　　　　　　　　　　　　CLERK OF COURT

　　　　　　　　　　　　　　　　　　By: Rebecca Lopez
　　　　　　　　　　　　　　　　　　Deputy Clerk
　　　　　　　　　　　　　　　　　　Ninth Circuit Rule 27-7